UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

_____

In re:

EVGUENI AGOUREEV,                              Chapter 13
                  Debtor                      Case #: 16-12699

_____

## MOTION TO DISMISS

NOW COMES Evgueni Agoureev, the Debtor in the above referenced matter, by and through his counsel, and hereby respectfully requests this Court's permission to voluntary dismiss the above referenced Chapter 13 case pursuant to 11 U.S.C. Sec. 1307(b).

WHEREFORE, the Debtor respectfully requests this Court's permission to dismiss his Chapter 13 case and to grant such other and further relief as is just and proper.

                                        EVGUENI AGOUREEV,
                                        by his counsel:

                                        */s/ Vladimir von Timroth*

                                        _____
                                        Vladimir von Timroth, Esq., BBO #643553
                                        Law Office of Vladimir von Timroth
                                        405 Grove Street, Suite 204
                                        Worcester, MA 01605
                                        Tel. 508.753.2006
                                        Fax 774.221.9146
                                        vontimroth@gmail.com

Dated: June 28, 2017

CERTIFICATE OF SERVICE

I, Vladimir von Timroth, do hereby certify that I will, immediately upon receipt of the notice of electronic service, serve a copy of the within document by mailing the same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

/s/ *Vladimir von Timroth*
_____
Vladimir von Timroth, Esq., BBO #643553
vontimroth@gmail.com

Dated: June 28, 2017

Carolyn Bankowski-13
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA  02114

Evgueni Agoureev
112 Osborne Path
Newton Center, MA  02459

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA  02109

Kanjana Kittipanthopas
Unlimited Sotheby's International Realty
1290A Beacon Street
Brookline, MA 02446

Ocwen Loan Servicing, LLC
PO Box 660264
Dallas, TX 75266

Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416

Orlans Moran
PO Box 540540
Waltham, MA 02454

Deutsche Bank National Trust Company
Julie A. Ranieri, Esq.
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851